DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0159 AWI-DLB |
| *Plaintiff,* | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER THEREON |
| v. | |
| STEPHEN RUSSELL HILL, | |
| *Defendant.* | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the terms of pretrial release be modified for the above named defendant as to conditions (7)(l) and (7)(m).  Specifically, condition (7)(l) should be modified to read "The defendant shall not access the internet; internet service is permitted at the defendant's residence to only be accessed by the defendant's wife and no wireless internet capability is permitted."  The parties are asking the court to delete the disconnection or termination of internet services requirement to allow for Mr. Hill's wife to have password protected internet access as Mrs. Hill suffers from severe rheumatoid arthritis and is largely wheelchair bound and relies on the internet for banking, shopping, entertainment, and other services.

　　　The parties would then request condition (7)(m) be modified to read "The defendant shall not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer.  You also shall not assist your wife in any way with the entering of her password or be

present during her use of the computer." Both parties have consulted with Pretrial Services Dan Stark and feel the requested modifications of Pretrial Release Conditions are appropriate.

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: June 26, 2012                                 By:  /s/ Brian Enos
                                                      BRIAN ENOS
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                                    DANIEL J. BRODERICK
                                                    Federal Public Defender

DATED: June 26, 2012                                 By:  /s/ Charles J. Lee
                                                      CHARLES J. LEE
                                                      Assistant Federal Defender
                                                    Attorneys for Defendant

## O R D E R

IT IS ORDERED that the terms of pretrial release be modified for the above- named defendant as follows:

Condition (7)(l) is to read: The defendant shall not access the internet; internet service is permitted at the defendant's residence to be accessed only by the defendant's wife and no wireless internet capability is permitted.

Condition (7)(m) is to read: The defendant shall not use or possess a computer in his residence or at any other location unless otherwise approved by the Pretrial Services Officer. The defendant also shall not assist his wife in any way with the entering of her password or be present during her use of the computer.

All prior terms and conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 28, 2012**                      /s/ Sheila K. Oberto

Stipulation to Modify Term of Pretrial
Release; [Proposed] Order Thereon                    2

1 UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Term of Pretrial
Release; [Proposed] Order Thereon       3