DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00159 AWI-DLB |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:   October 22, 2012 |
| STEPHEN RUSSELL HILL, | TIME:    1:00 P.M. |
| *Defendant.* | JUDGE:  Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 10, 2012, **may be continued to October 22, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense counsel went to view the evidence in this case. However, there were technical difficulties in reviewing some of the digital evidence. The government has made available a working set and defense is scheduled to view the items in the near future. The government has also proposed a plea agreement to resolve the case. Defense plans to make a counter-offer to the government, but wishes to retain an expert witness before doing so.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August XX, 2012    By:   /s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August XX, 2012    By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEPHEN RUSSELL HILL

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

    IT IS SO ORDERED.

    **Dated:** **August 30, 2012**       /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE