DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00159 AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:  December 10, 2012 |
| STEPHEN RUSSELL HILL, | TIME:  1:00 P.M. |
| Defendant. | JUDGE:  Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 22, 2012, **may be continued to December 10, 2012 at 1:00 p.m. before Magistrate Dennis L. Beck.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  Defense counsel has now had an opportunity to view the evidence in this case.  The parties have discussed the parameters of the government's initial offer on the case, which will be formalized in writing within the next week.  Defense would like the opportunity to make a counter-offer.  As part of the process, an expert has been retained by the defense.  The defense expert needs additional time to complete his report and defense would like to incorporate that report into its counter-offer proposal.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 11 2012     By:   /s/ Brian Enos
                                 BRIAN ENOS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 11, 2012    By:   /s/ Charles J. Lee
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 STEPHEN RUSSELL HILL

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **October 15, 2012**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE