DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff,*<br><br>    v.<br><br>STEPHEN RUSSELL HILL,<br><br>            *Defendant.* | No. 1:12-cr-00159 AWI-DLB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:   February 11, 2013<br>TIME:   1:00 P.M.<br>JUDGE:  Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 10, 2012, **may be continued to February 11, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  Defense has received a plea offer from the government.  Defense has retained an expert who has generated a report.  Defense plans to disclose this report, as well as other documents, to the government and plans to make a counter proposal on this case.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
United States Attorney

DATED: December 3, 2012        By:   /s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 3, 2012        By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEPHEN RUSSELL HILL

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

       IT IS SO ORDERED.

       Dated:   **December 3, 2012**              **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE