1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  STEPHEN RUSSELL HILL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:12-cr-00159 AWI-BAM
                                       )
12            *Plaintiff,*             )   STIPULATION AND  ORDER TO CONTINUE
                                       )   STATUS CONFERENCE HEARING
13     v.                              )
                                       )   DATE:   May 13, 2013
14  STEPHEN RUSSELL HILL,              )   TIME:    1:00 P.M.
                                       )   JUDGE:  Hon. Barbara A. McAuliffe
15            *Defendant.*             )
                                       )
16  _____)

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference in the above-captioned matter now set for April 8, 2013 **may be**

20  **continued to May 13, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

21        This continuance is at the request of both parties as plea negotiations are ongoing.  Additionally,

22  Mr. Hill has recently been scheduled for surgery on the currently set April 8, 2013 status conference.  The

23  medical documentation has been provided to the government as well as Pretrial Services.  It is anticipated

24  Mr. Hill will need several weeks for recovery in order to be able to travel to court.

25        The requested continuance is with the intention of conserving time and resources for both

26  parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

27  the interests of justice, including but not limited to, the need for the period of time set forth herein for

28  effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

1 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

2

3                                             Respectfully submitted,

4                                             BENJAMIN B. WAGNER
                                             United States Attorney
5

6 DATED: March 20, 2013          By:    /s/ *Brian Enos*
                                             BRIAN ENOS
7                                             Assistant United States Attorney
                                             Attorney for Plaintiff
8

9                                             JOSEPH SCHLESINGER
                                             Acting Federal Defender
10

11 DATED: March 20, 2013          By:    /s/ *Charles J. Lee*
                                             CHARLES J. LEE
12                                             Assistant Federal Defender
                                             Attorney for Defendant
13                                             STEPHEN RUSSELL HILL

14

15

16

17                              **O R D E R**

18     **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and

19 3161(h)(7)(B)(i) and (iv).

20            IT IS SO ORDERED.

21     Dated:   **March 21, 2013**              /s/ **Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28