HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN RUSSELL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00159 AWI-BAM |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) | |
| STEPHEN RUSSELL HILL, | ) | DATE:   October 28, 2013<br>TIME:   10:00 A.M.<br>JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for September 9, 2013 **may be continued to October 28, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

This continuance is at the request as defense counsel as defense plans to file an extensive sentencing memorandum on this case.  At this time, defense counsel has a medical procedure scheduled for the end of August and will need at a minimum two weeks of recovery time out of the office.  The requested continuance is with the intention of conserving time and resources for both parties and the court.

As Mr. Hill has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act.  The government has no objection to the continuance.

//

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 6, 2013 |   | By: | /s/ *Brian Enos*<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 6, 2013 |   | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEPHEN RUSSELL HILL |

**O R D E R**

IT IS SO ORDERED.

Dated:   August 6, 2013

_____
SENIOR DISTRICT JUDGE