1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorney for Defendant
6   Stephen Russell Hill

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  1:12-cr-0159 AWI-BAM
                                       )
12                 Plaintiff,          )   STIPULATION AND ORDER TO CONTINUE
                                       )   SENTENCING HEARING
13  vs.                                )
                                       )   DATE:   January 27, 2014
14  STEPHEN RUSSELL HILL,              )   TIME:   10:00 p.m.
                                       )   JUDGE: Hon. Anthony W. Ishii
15                 Defendant.          )
                                       )
16  _____ )

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the sentencing hearing in the above-captioned matter now set for

19  November 12, 2013, may be continued to January 27, 2014 at 10:00 a.m.

20         Mr. Hill's wife has been hospitalized due to a number of medical issues.  She has been in

21  the hospital approximately one month and will require at least another 1-2 weeks at the hospital.

22  Upon her release, she will require much assistance from Mr. Hill.

23         As this is a sentencing hearing and Mr. Hill has already pleaded guilty, no exclusion of

24  time is necessary under the Speedy Trial Act.  The government and pretrial services have no

25  objection to the requested court date.

26  ///

27  ///

28  ///

                                       -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 28, 2013        By:   /s/ Brian Enos
                                     BRIAN ENOS
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                     HEATHER E. WILLIAMS
                                     Federal Defender

DATED: October 28, 2013        By:   /s/ Charles J. Lee
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     STEPHEN HILL


## O R D E R

IT IS SO ORDERED.

Dated:   October 29, 2013        _____
                                 SENIOR  DISTRICT  JUDGE

-2-