HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Stephen Russell Hill

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-cr-00159 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | DATE:   January 27, 2014 |
| STEPHEN RUSSELL HILL, | ) ) | TIME:    1:30 p.m. JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) |  |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for January 27, 2014, at 10:00 a.m. may be continued to the 1:30 p.m. calendar on that same date.

   Mr. Hill is travelling from his home from Maricopa to attend court.  Additionally, given the subject matter defense intends to discuss at the sentencing hearing, we would request this case be placed on the afternoon calendar.  The government is agreeable with this request.

   As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

//

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   |   |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 2, 2014 | By: | /s/ *Brian Enos*<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 2, 2014 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEPHEN HILL |

**O R D E R**

IT IS SO ORDERED.

Dated:  January 2, 2014                             _____
                                                                         SENIOR DISTRICT JUDGE

Hill/Stipulation and [Proposed] Order to Continue Sentencing Hearing         -2-