BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00159-AWI |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| STEPHEN RUSSELL HILL, | |
| Defendant. | |

WHEREAS, on July 12, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Stephen Russell Hill, forfeiting to the United States the following property:

      a.  Hewlett Packard Pavilion Elite desktop computer, seized from defendant by law enforcement on or about February 24, 2012;

      b.  External Storage Media including SanDisk Flash Drives, seized from defendant by law enforcement on or about February 24, 2012.

1   AND WHEREAS, beginning on November 17, 2013, for at least 30 consecutive

2   days, the United States published notice of the Court's Order of Forfeiture on the official

3   internet government forfeiture site www.forfeiture.gov. Said published notice advised all

4   third parties of their right to petition the Court within sixty (60) days from the first day of

5   publication for a hearing to adjudicate the validity of their alleged legal interest in the

6   forfeited property;

7   AND WHEREAS, the Court has been advised that no third party has filed a claim

8   to the subject property and the time for any person or entity to file a claim has expired.

9   Accordingly, it is hereby ORDERED and ADJUDGED:

10   1.   A Final Order of Forfeiture shall be entered forfeiting to the United

11   States of America all right, title, and interest in the above-listed property pursuant to 18

12   U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of

13   Stephen Russell Hill.

14   2.   All right, title, and interest in the above-listed property shall vest

15   solely in the name of the United States of America.

16   3.   The Department of Homeland Security, Immigration Customs

17   Enforcement or Customs and Border Protection, shall maintain custody of and control over

18   the subject property until it is disposed of according to law.

19

20   IT IS SO ORDERED.

21   Dated:   February 21, 2014

22   SENIOR  DISTRICT  JUDGE

23

24

25

26

27

28

Final Order of Forfeiture                              2